UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY A. HAGER,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-06-0102-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 23). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6). After considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ shall: 1) evaluate all of the medical opinions, including the opinions of Helen Pamintuan, M.D. (Tr. 185-188), Ger K. Moua, M.S., and Frank

///

ORDER RE: STIPULATED REMAND - 1

M. Rosekrans, Ph.D. (Tr. 256-259, 260-261), Dennis R. Pollack, Ph.D. (Tr. 262-269), Brooke E. Sjostrom, M.S., L.M.H.C., and Mahlon Dalley, Ph.D. (Tr. 603-611), Gary Knox, M.D. (Tr. 250-255, 277-278, 660-661), Shari Lyszkiewicz, M.S., and Dr. Rosekrans (Tr. 617-624), John B. Severinghaus, Ph.D. (Tr. 583-587, 589-592), and Sean Caldwell, M.S., Cand., and Dr. Dalley (Tr. 292-299); 2) explain the weight given these opinions; 3) evaluate Plaintiff's subjective complaints; 4) evaluate the lay witness statement of Clark E. Hager, Sr. (Tr. 279-281); 5) evaluate Plaintiff's residual functional capacity; and 6) evaluate Plaintiff's ability to perform her past relevant work and, if necessary, her ability to perform other work with the assistance of additional vocational expert testimony.

On remand, this case will be assigned to a different ALJ, other than ALJ R.J. Payne, pursuant to the provisions of Hallex I-2-155(D)(11)(a).

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1.  The parties' Joint Motion to Remand (**Ct. Rec. 23**) is **GRANTED**.

2.  Judgment shall be entered for the **PLAINTIFF**.

3.  An application for attorney fees may be filed by separate motion.

///

ORDER RE: STIPULATED REMAND - 2

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this 2nd day of November, 2006.

                                  S/ Michael W. Leavitt
                                    MICHAEL W. LEAVITT
                          UNITED STATES MAGISTRATE JUDGE